IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01380-WYD-BNB

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Plaintiff,

v.

APARTMENT BUILDERS, L.P., and
ROESSNER & ROESSNER, INC.,

Defendants.

_____

**ORDER**
_____

Good cause having been shown,

IT IS ORDERED:

1. The Order to Show Cause [Doc. # 22] is DISCHARGED; and

2. A supplemental scheduling conference is set for **September 1, 2011, at 11:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated August 26, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge