IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01380-RBJ-BNB

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Plaintiff,

v.

APARTMENT BUILDERS, L.P., and
ROESSNER & ROESSNER, INC.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiff's Unopposed Motion to Modify Scheduling Order to Extend Summary Judgment Deadlines** [docket no. 30, filed October 18, 2011] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED.  The deadline to file motions for summary judgment is extended to and including **November 17, 2011**.  Responses are to be filed up to and including **December 12, 2011**, and replies are to be filed up to and including **December 29, 2011**.

DATED:  October 19, 2011