IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-01380-RBJ-BNB

AMERICAN FAMILY INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

APARTMENT BUILDERS, LP
ROESSNER & ROESSNER, INC.

    Defendants.

## MINUTE ORDER

Entered by Judge R. Brooke Jackson

    Defendant's Unopposed Motion to Modify Scheduling Order to Extend Rebuttal Expert Deadline [Docket #54] is denied. On November 6, 2012 the Court directed counsel jointly to contact Chambers and set a trial and trial preparation conference to occur no later than September 2013. See Docket #52. Counsel have not complied. The Court is not willing to entertain your requests for scheduling modifications until you comply with the Court's requests. Also, with respect to defendant's motion to exclude the expert opinions of Steven A. Norwood [#53], defendant represents that the parties agreed to rely on the expert testimony and reports introduced in the underlying arbitration. *Id.* at 3-4. If so, then the Court wants plaintiff either to withdraw the expert or provide a very compelling explanation as to why it has chosen not to abide the agreement. If there was no such agreement, then the Court will want to hear from the defendants as to why they inserted that in their brief.

    DATED this 20th day of March, 2013.