IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-01380-RBJ-BNB

AMERICAN FAMILY INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

APARTMENT BUILDERS, LP
ROESSNER & ROESSNER, INC.

    Defendants.

---

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

    This matter has been scheduled for a **five-day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **August 12, 2013 at 9:00 a.m.**

    A Trial Preparation Conference is set for **July 24, 2013 at 1:00 p.m.** Counsel who will try the case shall attend in person.

    During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial. Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least 48 hours in advance of the Trial Preparation Conference.

    For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 21st day of March, 2013.

                                               BY THE COURT:

                                               _____
                                               R. Brooke Jackson
                                               United States District Judge