UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01380-RBJ-BNB

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

APARTMENT BUILDERS, LP

ROESSNER & ROESSNER, INC.

    Defendants.
_____

**ORDER GRANTING THE JOINT MOTION FOR DISMISSAL OF CLAIMS BROUGHT BY AND BETWEEN AMERICAN FAMILY MUTUAL INSURANCE COMPANY AND APARTMENT BUILDERS, LP WITH PREJUDICE**
_____

The Court, having reviewed **JOINT MOTION FOR DISMISSAL OF CLAIMS BROUGHT BY AND BETWEEN AMERICAN FAMILY MUTUAL INSURANCE COMPANY AND APARTMENT BUILDERS, LP WITH PREJUDICE** and, being fully advised in the premises, hereby

ORDERS that all claims that American Family Mutual Insurance Company asserted against Apartment Builders, LP and all claims that Apartment Builders, LP asserted against American Family Mutual Insurance Company are dismissed, with prejudice; and

FURTHER ORDERS that each party shall be responsible for its own respective attorney fees and costs incurred in connection with this action;

SO ORDERED this 26th day of August, 2013.

BY THE COURT:

R. Brooke Jackson
United States District Court Judge