IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01380-RBJ-BNB

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

APARTMENT BUILDERS, LP
ROESSNER & ROESSNER, INC.

    Defendants.

**ORDER GRANTING DEFAULT JUDGMENT AGAINST ROESSNER & ROESSNER, INC.**

THIS MATTER comes before the Court on Plaintiff American Family Mutual Insurance Company's *Motion for Default Judgment Against Roessner & Roessner, Inc.*

IT IS ORDERED that the Motion is GRANTED. Judgment for American Family and against Roessner & Roessner, Inc. is entered as follows:

The insurance contracts issued by American Family to Roessner & Roessner, Inc. do not provide coverage for all or part of the Interim Arbitration Award in Judicial Arbiter Group, Inc., JAG Case No. 09-1851, the Final Arbitration Award, nor for any subsequent award to Apartment Builders, LP for interest, attorney fees or costs.

DATED this 4th day of November, 2013.

BY THE COURT:

_____
United States District Court Judge