**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-01380-RBJ-BNB

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Corporation,

    Plaintiff,

v.

APARTMENT BUILDERS, LP, and
ROESSNER & ROESSNER, INC.,

    Defendants.

---

**DEFAULT JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Default Judgment is hereby entered.

    Pursuant to the Order Granting Default Judgment Against Roessner & Roessner, Inc. #[82] by Judge R. Brooke Jackson on November 4, 2013 it is

    ORDERED that default judgment is hereby entered in favor of Plaintiff American Family Mutual Insurance Company and against Defendant Roessner & Roessner, Inc.  The insurance contracts issued by American Family to Roessner & Roessner, Inc. do not provide coverage for all or part of the Interim Arbitration Award in Judicial Arbiter Group, Inc., JAG Case No. 09-1851, the Final Arbitration Award, nor for any subsequent award to Apartment Builders, LP for interest, attorney fees or costs.

    Dated at Denver, Colorado this 12th day of November, 2013.

                                                  FOR THE COURT:
                                                  JEFFREY P. COLWELL, CLERK

s/Laura Galera

Laura Galera
Deputy Clerk